# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147356(23)

ROSE M. MULVENA,

       Plaintiff-Appellant,

v

DEPARTMENT OF TRANSPORTATION,

       Defendant-Appellee.

_____/

SC: 147356
COA: 311126
MCAC: 11-000117

On order of the Chief Justice, the motion of defendant-appellee to file a sur-reply brief is GRANTED. The sur-reply brief submitted on October 11, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2013



Clerk